**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 **v.**                **Case No. 09-CR-118**

**PAUL ZALESKI, et al.**
   **Defendants.**

## ORDER

On January 13, 2014, I issued an order in this mortgage fraud case setting restitution as to all defendants save Pembroke, who objected to the government's figures. I indicated that I would await the Supreme Court's decision in Robers v. United States before issuing a final order as to defendant Pembroke, as Robers might provide guidance on the offset issues Pembroke raised.

The Court has now decided Robers. The parties may file supplemental memoranda addressing that decision on or before **May 27, 2014**.

Dated at Milwaukee, Wisconsin, this 5th day of May, 2014.

            /s Lynn Adelman
            _____
            LYNN ADELMAN
            District Judge